# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO.   2020 KW 0216

VERSUS

MICHAEL CARTER

**MAY 1 2 2020**

---

In Re:   Michael Carter, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-09-0686

---

**BEFORE:   WHIPPLE, C.J., McDONALD AND CHUTZ, JJ.**

**WRIT DENIED.** See La. Code Crim. P. art. 930.8(A).

**VGW**
**JMM**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT